UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| LIGHTNING ONE, INC., | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) ) |
| NICHOLAS P. HARMON, | ) Case No. 2:18-cv-193 ) ) ) |
| Defendant. | ) ) ) ) |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with FED. R. CIV. P. 7.1, Plaintiff Lightning One, Inc. makes the following corporate disclosures:

*Identify all parent corporations*:   Lightning One, Inc. has no parent corporations and is privately held.

*List any publicly-held company that owns 10% or more of the party's stock:*  No publicly-held company owns 10% or more of Lightning One Inc.'s stock.

Dated:  May 16, 2018

/s/ Caitlin R.  Byczko
Caitlin R. Byczko (31905-49)
BARNES & THORNBURG LLP
11 S. Meridian St.
Indianapolis, Indiana 46204
Phone:  (317) 231-7550
Fax:  (317) 231-7433
Email:  caitlin.byczko@btlaw.com

*Attorneys for Plaintiff, Lightning One, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2018, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF automated filing system.

*/s/Caitlin R. Byczko*