Nicholas P Harmon
957 S Knox Pl
Lake Station, IN 46405
(219) 379-6162

In the District Court of Indiana in
the county of Lake County

Lightning One, INC        ) Case No.: 2:18-cv-193
                          ) ANSWER, AFFIRMATIVE DEFENSES
         Plaintiff        )
                          )
    vs.                   )
                          )
Nicholas P Harmon         )
                          )
         Defendant(s)     )
                          )

-FILED-

JUN 08 2018

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

I. ANSWER

Defendant(s) answer the complaint as follows:

1. Admit the statements contained in paragraph numbers

2. Deny the statements contained in paragraph numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 18, 20, 23, 24, 25, 26, 30, 32, 47 (Deny All Charges) (Parody Law)

3. Lack knowledge about the truth and therefore deny the statements contained in paragraphs numbers

[Affirmative Defense] - 1

## II. AFFIRMATIVE DEFENSES

Defendant(s) other defenses are:
Failure to Mitigate Damages
Unjust Enrichment

Dated this June 5, 2018

*[signature]*

Nicholas P Harmon
957 S Knox Pl
Lake Station, IN 46405
(219) 379-6162

[Affirmative Defense] - 2

SummonsResponse.com