UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| LIGHTNING ONE, INC., )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>NICHOLAS P. HARMON, )<br>)<br>)<br>Defendant. )<br>)<br>)<br>) | Case No. 2:18-cv-193 |

**PLAINTIFF'S NOTICE OF SETTLEMENT
AND REQUEST TO VACATE ALL PENDING DATES**

Plaintiff respectfully notifies the Court that this case has been resolved by agreement between the parties, with formal paperwork being finalized and a stipulation of judgment to thereafter be filed.  In the interim, Plaintiff respectfully requests that all pending deadlines, including the June 28, 2018 deadline to file the proposed discovery plan and the July 6, 2018 pretrial conference dates be vacated.

Date:

Respectfully Submitted,

s/ *Michael V. Knight*

Michael V. Knight (#22066-45)
Caitlin R. Byczko (#31905-49)
BARNES & THORNBURG LLP
700 1st Source Bank Center
100 North Michigan
South Bend, IN 46601-1632

Attorneys for Plaintiff,
Lightning One, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June, 2018, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF automated filing system. Notice shall also be sent via U.S. Mail to:

Nicholas P Harmon
957 S. Knox Pl
Lake Station, IN 46405

*/s/Michael V. Knight*