UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LIGHTNING ONE, INC; <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS P. HARMON; <br><br> Defendant. | Case No.: 2:18-cv-193 <br><br> **JURY TRIAL DEMANDED** |

## STIPULATED JUDGMENT

Plaintiff, Lightning One, Inc. ("Lightning One") and Defendant Nicholas P. Harmon ("Harmon") agree to judgment and to settle their dispute, as more fully alleged in Lightning One's Complaint in this matter, by agreeing to the following terms as outlined in a confidential settlement agreement between the parties ("Settlement Agreement"):

1. Judgment shall be entered in favor of Lightning One and against Harmon for all the claims made by Lightning One against Harmon in Lightning One's Complaint.

2. Damages of $20,000 shall be awarded by this Stipulated Judgment to Lightning One due to Harmon's conduct.

3. However, the parties have agreed via the Settlement Agreement to compromise the damages awarded to Lightning One. Lightning One agrees to accept a lesser sum as stipulated and agreed to in the Parties' "Settlement Agreement" executed contemporaneously and incorporated herein in partial payment of its Stipulated Judgment, payable Lightning One, c/o Michael Knight, Barnes & Thornburg LLP, 600 1st Source Bank Center, 100 N. Michigan,

South Bend, IN 46601. The lesser payment is due on or before June 29, 2018. The parties agree that the post mark shall be conclusive evidence of the time the payment is made.

4. If Harmon should breach any of the terms of the Settlement Agreement, Lightning One shall immediately and without further litigation be entitled to the full value of the Stipulated Judgment as outlined herein and may seek to enforce or collect same through supplemental proceedings.

5. Lightning One agrees to defer from taking further legal action against Harmon as long as Harmon complies with the terms of the Settlement Agreement.

Respectfully submitted,

_____  
Nicholas P. Harmon  
Defendant

/Michael V. Knight/

_____  
Michael V. Knight  
Caitlin R. Byczko  
Barnes & Thornburg LLP  
600 1st Source Bank Center  
100 N. Michigan  
South Bend, IN 46601  
Attorneys for Plaintiff,  
Lightning One, Inc.

Date: 6-25-18

AS ADOPTED, APPROVED AND ENTERED this \_\_\_\_ of July 2018.

_____

Hon. Joseph S. Van Bokkelen, Senior Judge